```
FILED        ___ LODGED
___ RECEIVED ___ COPY

      JUN 2 9 2022

 CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

GARY M. RESTAINO
United States Attorney
District of Arizona
JENNIFER E. LAGRANGE
California State Bar No. 238984
Email: jennifer.lagrange@usdoj.gov
SHARON K. SEXTON
Arizona State Bar No. 012359
Email: sharon.sexton@usdoj.gov
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Attorneys for Plaintiff

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> vs. <br><br> 1. Clifton Nez Hamalowa <br> (Counts 1-5), <br><br> 2. Devonne Beth Hamalowa <br> (Counts 1-5), and <br><br> 3. Thomas Leon Hamalowa <br> (Count 6), <br><br> Defendants. | No. CR-22-00751-PHX-JJT (MTM) <br> **I N D I C T M E N T** <br><br> VIO: 18 U.S.C. §§ 371, 1153, and 113(a)(6) <br> (Conspiracy to Commit CIR-Assault Resulting in Serious Bodily Injury) <br> Count 1 <br><br> 18 U.S.C. §§ 1153, 1111, and 2 <br> (CIR-First Degree Murder and Aid and Abet) <br> Count 2 <br><br> 18 U.S.C. §§ 1153, 113(a)(3), and 2 <br> (CIR-Assault with a Dangerous Weapon and Aid and Abet) <br> Count 3 <br><br> 18 U.S.C. §§ 1153, 113(a)(6), and 2 <br> (CIR-Assault Resulting in Serious Bodily Injury and Aid and Abet) <br> Count 4 <br><br> 18 U.S.C. § 924(c)(1)(A)(iii), and (j), and 2 <br> (Discharging a Firearm During and In Relation to Crimes of Violence and Aid and Abet) <br> Count 5 <br><br> 18 U.S.C. § 3 <br> (Accessory After-the-Fact) <br> Count 6 <br><br> 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. § 853, and 28 U.S.C. § 2461(c) <br> (Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

## COUNT 1

From on or about August 28, 2020, and continuing to on or about September 11, 2020, in the District of Arizona, within the confines of the Gila River Indian Community, Indian County, and elsewhere, defendants CLIFTON NEZ HAMALOWA and DEVONNE BETH HAMALOWA, Indians, knowingly and intentionally conspired and agreed to commit the following offense against the United States of America:

> CIR-Assault Resulting in Serious Bodily Injury, in violation of Title 18, United States Code, Sections 1153 and 113(a)(6), as alleged in Count 4.

### Method and Means of the Conspiracy

It was a part of the conspiracy that the conspirators would assault the victim, R.O., by intentionally striking and wounding him, causing him serious bodily injury.

### Overt Acts

In furtherance of the conspiracy, and to effect the object of the conspiracy, the conspirators performed or caused to be performed the following overt acts, among others, on or between August 28, 2020, and September 11, 2020:

a. DEVONNE BETH HAMALOWA cleared the living area of children and potential eyewitnesses;

b. CLIFTON NEZ HAMALOWA shot and killed the victim, R.O.;

c. The conspirators and others planned how to dispose of the victim's body;

d. The conspirators and others wrapped the victim's body in bedsheets and blankets, to conceal it and aid in its disposal;

e. The conspirators and others put the victim's body in his own car;

f. The conspirators and others drove the victim's car away from the crime scene, and disposed of the body and the car to try to conceal the evidence;

g. The conspirators directed others to clean the room in which the victim had been shot, to try to conceal the evidence; and

h. The conspirators and others began disposing of the victim's personal belongings, to try to conceal the evidence.

In violation of Title 18, United States Code, Sections 371, 1153, and 113(a)(6).

## COUNT 2

On or about August 29, 2020, in the District of Arizona, within the confines of the Gila River Indian Community, Indian Country, defendants CLIFTON NEZ HAMALOWA and DEVONNE BETH HAMALOWA, Indians, with premeditation and with malice aforethought, did unlawfully kill R.O.

In violation of Title 18, United States Code, Sections 1153, 1111, and 2.

## COUNT 3

On or about August 29, 2020, in the District of Arizona, within the confines of the Gila River Indian Community, Indian Country, defendants CLIFTON NEZ HAMALOWA and DEVONNE BETH HAMALOWA, Indians, did intentionally and knowingly assault the victim, R.O., with a dangerous weapon, that is, a firearm, with the intent to do bodily harm.

In violation of Title 18, United States Code, Sections 1153, 113(a)(3), and 2.

## COUNT 4

On or about August 29, 2020, in the District of Arizona, within the confines of the Gila River Indian Community, Indian Country, defendants CLIFTON NEZ HAMALOWA and DEVONNE BETH HAMALOWA, Indians, did intentionally, knowingly, and recklessly assault the victim, R.O., resulting in serious bodily injury.

In violation of Title 18, United States Code, Sections 1153, 113(a)(6), and 2.

## COUNT 5

On or about August 29, 2020, in the District of Arizona, defendants CLIFTON NEZ HAMALOWA and DEVONNE BETH HAMALOWA, did knowingly use, carry, brandish, and discharge a firearm during and in relation to crimes of violence, and did knowingly possess, brandish, and discharge a firearm in furtherance of crimes of violence,

that is CIR-First Degree Murder as alleged in Count 2 and CIR-Assault with a Dangerous Weapon as alleged in Count 3, felony crimes prosecutable in a Court of the United States.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii), (j), and 2.

## COUNT 6

From on or about August 29, 2020, and continuing to on or about September 11, 2020, in the District of Arizona, defendant THOMAS LEON HAMALOWA, knowing that offenses against the United States of America had been committed—that is, (a) CIR-First Degree Murder, in violation of Title 18, United States Code, Sections 1153, 1111, and 2, as alleged in Count 2, (b) CIR-Assault with a Dangerous Weapon, in violation of Title 18, United States Code, Sections 1153, 113(a)(3), and 2, as alleged in Count 3, and (c) CIR-Assault Resulting in Serious Bodily Injury, in violation of Title 18, United States Code, Sections 1153, 113(a)(6), and 2, as alleged in Count 4—did intentionally receive, relieve, comfort and assist CLIFTON NEZ HAMALOWA and DEVONNE BETH HAMALOWA, in order to hinder and prevent their apprehension, trial, or punishment.

In violation of Title 18, United States Code, Section 3.

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1 through 6 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18 United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offenses alleged in Counts 1 through 6 of this Indictment, the defendants shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including, but not limited to the following involved and used in the offense:

one (1) black Glock 44, .22, Serial No. AEHA885

If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    (1) cannot be located upon the exercise of due diligence,

    (2) has been transferred or sold to, or deposited with, a third party,

    (3) has been placed beyond the jurisdiction of the court,

    (4) has been substantially diminished in value, or

    (5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States of America to seek forfeiture of any other property of said defendants up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: June 29, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

/s/
JENNIFER E. LAGRANGE
SHARON K. SEXTON
Assistant U.S. Attorneys