CRIMINAL MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – PHOENIX

| | |
|---|---|
| **U.S. District Judge:** John J. Tuchi | **Date:** March 10, 2025 |
| **USA v. Clifton Nez Hamalowa** | **Case Number:** CR-22-00751-001-PHX-JJT |

**Assistant U.S. Attorney:** Jennifer LeGrange and Travis Wheeler with FBI Special Agent Daniel Baker and Gila River Police Detective Jason Greeley
**Attorney for Defendant:** Diego Rodriguez, CJA Attorney
**Interpreter:** N/A
**Defendant:**  ☒ Present   ☐ Not Present   ☐ Released   ☒ Custody

## JURY TRIAL (DAY 5):

8:34 a.m. Court reconvenes. Jury is not present. Discussion held re: schedule, jury instructions and exhibits. 8:40 a.m. Court is in recess.

9:01 a.m. Court reconvenes. Jury is not present. 9:03 a.m. Jury is present. **Government's case continues**: Tamra Jackson is sworn and examined. 9:55 a.m. Jury exits the courtroom. Discussion held re: jury instruction. 10:08 a.m. Court is in recess.

10:28 a.m. Court reconvenes. Jury is not present. 10:30 a.m. Jury is present. Jury instruction read to the jury. Examination of Tamra Jackson continues. 11:12 a.m. Jury exits the courtroom. 11:13 a.m. Court is in recess.

11:21 a.m. Court reconvenes. Jury is not present. 11:22 a.m. Jury is present. Examination of Tamara Jackson continues. Juror questions are addressed. Witness is excused, subject to recall. Eric Clemans is sworn and examined. 12:30 p.m. Jury exits the courtroom. Eric Clemans questioned outside the presence of the jury. 12:31 p.m. Court is in recess.

1:51 p.m. Court reconvenes. Jury is not present. 1:52 p.m. Jury is present. Examination of Eric Clemans continues. Juror questions are addressed. Witness is excused, subject to recall. Diane Lang is sworn and examined. Witness is excused. Paul Cuellar is sworn and examined. Juror question is addressed. Witness is excused, subject to recall. Cassandra Mumford is sworn and examined. Exhibit 32 is admitted. Witness is excused. Laura Fulginiti is sworn and examined. 3:31 p.m. Jury exits the courtroom. 3:32 p.m. Court is in recess.

3:46 p.m. Court reconvenes. Jury is not present. Discussion held re: schedule. 3:47 p.m. Jury is present. Examination of Laura Fulginiti continues. Exhibit 34 is admitted. Witness is excused, subject to recall. 4:08 p.m. Jury exits the courtroom. Discussion held re: schedule.

4:09 p.m.  Court stands at recess until 8:30 a.m., 3/11/2025.

| | |
|---|---|
| **USA v.** Clifton Nez Hamalowa | **Date:** March 10, 2025 |
| **Case Number:** CR-22-00751-001-PHX-JJT | Page 2 of 2 |

**Court Reporter** Scott Coniam  
**Deputy Clerk** Julie Martinez

**Start:** 8:34 AM  
**Stop:** 4:09 PM  
**TOTAL:**  
**5 hrs 12 mins**