# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

## EXHIBIT LIST  ---  CRIMINAL

☐ Motion to Suppress          ☐ Non-Jury Trial          ☒ Jury Trial

USA vs. Hamalowa, Clifton Nez, et al.
Last, First, Middle Initial

CR-22-00751-001-PHX-JJT
Year-Case No-Deft No-Judge

☒ Government

| Exhibit No. | Date Marked For Evidence | Date Admitted In Evidence | G/D | Description |
|---|---|---|---|---|
| 1. | | 3/4/25 | G | Richard and Dezahrey Olds Photo |
| 2. | | 3/4/25 | G | Richard Olds Car Photo |
| 3. | | 3/4/25 | G | Photos of Search of Richard Olds Car (1) |
| 4. | | 3/4/25 | G | Blanket Used Photo |
| 5. | | | G | Sketch of Richard Olds' Room |
| 6. | | | G | Trenton Slizewski Report |
| 7. | | | G | Paul Cuellar Report |
| 8. | | 3/5/25 | G | Gabriela Delgadillo Sketch of 5020 W. Willow St. |
| 9. | | 3/5/25 | G | Koowee Hamalowa Sketch of 5020 W. Willow St. |
| 10. | | 3/5/25 | G | Search Photos of 5020 W. Willow St. |
| 11. | | | G | Gabriela Delgadillo Report |
| 12. | | | G | Randall Lara Report |
| 13. | | | G | Morgan Jaecks Report |
| 14. | | 3/4/25 | G | Koowee Hamalowa Photo |
| 15. | | 3/5/25 | G | Devonne Hamalowa Photo |

| Exhibit No. | Date Marked For Evidence | Date Admitted In Evidence | G/D | Description |
|---|---|---|---|---|
| 16. | | 3|5|25 | G | Eric Clemans Photo |
| 17. | | 3/5/25 | G | Tami Jackson (Miguel) Photo |
| 18. | | | G | Clifton Hamalowa Photo (1) |
| 19. | | 3|5|25 | G | Clifton Hamalowa Photo (2) |
| 20. | | 3|5|25 | G | Thomas Hamalowa Photo |
| 21. | | 3|5|25 | G | Photo of Hello Kitty & Minnie Mouse Blankets |
| 22. | | 3|5|25 | G | Calendar from 5020 W. Willow St. Search, GRPD 1432-J17 |
| 23. | | 3|5|25 | G | Newspaper from 5020 W. Willow St. Search, GRPD 1432-J18 |
| 24. | | | G | Ronald Rodgers Report |
| 25. | | 3|11|25 | G | Samsung Galaxy, 602-384-3061, GRPD 1436-2 |
| 26. | | | G | Text Messages from Samsung Galaxy, 602-384-3061, GRPD 1436-2 |
| 27. | | | G | Eric Clemans Interview Summaries |
| 28. | | 3|4|25 | G | Clifton Hamalowa Certificate of Degree of Indian Blood |
| 29. | | 3|5|25 | G | Sketch of Body Recovery Site |
| 30. | | 3|5|25 | G | SRPD Photos of Body Recovery Site |
| 31. | | | G | SRPD Reports of Body Recovery |
| 32. | | 3|10|25 | G | Maricopa OME Death Investigator Photos |
| 33. | | 3|5|25 | G | Maricopa OME Medical Examiner Photos |
| 34. | | 3|10|25 | G | Maricopa OME Forensic Anthropology Photos |
| 35. | | 3|5|25 | G | Maricopa OME Forensic Odontology Photos |
| 36. | | | G | Maricopa OME Death Investigator Report |

| Exhibit No. | Date Marked For Evidence | Date Admitted In Evidence | G/D | Description |
|---|---|---|---|---|
| 37. | | | G | Maricopa OME Medical Examiner & Forensic Anthropology Reports |
| 38. | | | G | Maricopa OME Notes (Skeleton) |
| 39. | | | G | Maricopa OME Evidence List |
| 40. | | | G | Maricopa OME Forensic Odontology Report |
| 41. | | 3/5/25 | G | Certified Dental Records for Richard Olds from Aspen Dental |
| 42. | | | G | Laura Fulginiti Expert Notice & CV |
| 43. | | | G | Amber Wang Expert Notice & CV |
| 44. | | | G | John Piakis Expert Notice & CV |
| 45. | | 3/11/25 | G | Certified T-Mobile Records for Info re: 602-384-3061 |
| 46. | | | G | Certified T-Mobile Records for Info re: 602-384-3061 (CDR Mediations) |
| 47. | | | G | Certified T-Mobile Records for Info re: 602-384-3061 (Data) |
| 48. | | 3/11/25 | G | Historical Cell Site Analysis for 602-384-3061 |
| 49. | | | G | Justin Swartz Expert Notice & CV |
| 50. | | | G | Stacy Campbell Notes |
| 51. | | | G | Margaret Curran (Waldron) Notes |
| 52. | | | G | Zachary Curran Notes |
| 53. | | | G | Curtis Gaul Notes |
| 54. | | | G | Patricia Kramer Notes |
| 55. | | | G | Michelle Morris Notes |
| 56. | | | G | Kelsey Ruddick Notes |
| 57. | | | G | DNA Lab Report No. 2021-00803-2, July 8, 2021 (Fentress) |

| Exhibit No. | Date Marked For Evidence | Date Admitted In Evidence | G/D | Description |
|---|---|---|---|---|
| 58. | | | G | Sherri Fentress Expert Notice & CV |
| 59. | | | G | DNA Lab Report No. 2021-00128-4, July 15, 2021 (Benson) |
| 60. | | | G | DNA Lab Report No. 2021-00803-3, August 30, 2021 (Benson) |
| 61. | | | G | DNA Lab Report No. 2021-00128-12, July 19, 2022 (Benson) |
| 62. | | | G | DNA Lab Report No. 2021-00128-35, June 21, 2023 (Benson) |
| 63. | | | G | Tarah Benson Expert Notice & CV |
| 64. | | | G | Shannon Prince PowerPoint Presentation |
| 65. | | | G | Prints Lab Report No. 2021-00128-14, January 5, 2023 (Prince) |
| 66. | | | G | Prints Lab Report No. 2021-00128-36, June 29, 2023 (Prince) |
| 67. | | | G | Shannon Prince Expert Notice & CV |
| 68. | | | G | Theodore Chavez PowerPoint Presentation |
| 69. | | 3/7/25 | G | Photo of Firearm, GRPD 1432-D6, Lab Item 32 |
| 70. | | 3/7/25 | G | Photos of Metal Fragments from Richard Olds' Head |
| 71. | | | G | Microscopic Comparison Photos |
| 72. | | | G | FTU Report No. 2021-00128-15, November 26, 2023 (Chavez) |
| 73. | | | G | Theodore Chavez Expert Notice & CV |
| 74. | | 3/11/25 | G | Photos of Physical Evidence |
| 75. | | 3/11/25 | G | Photos of Search of Richard Olds Car (2) |
| 76. | | 3/11/25 | G | Maps |
| 77. | | | G | Jason Greeley Report |
| 78. | | | G | Criminal Judgment, Case No. CR-99-575, December 20, 1999 |
| 79. | | | G | Criminal Judgment, Case No. CR-07-368, May 8, 2008 |

| Exhibit No. | Date Marked For Evidence | Date Admitted In Evidence | G/D | Description |
|---|---|---|---|---|
| 80. | | | G | Criminal Judgment, Case No. CR2016-102247, August 10, 2020 |
| 81. | | 3/11/25 | G | Summary Exhibit of Evidence Items |
| 82. | | 3/7/25 | G | .22 Long Rifle Caliber Glock Pistol, Model 44, Serial No. AEHA885 |
| 83. | | 3/6/25 | G | Lab Item 32 |
| 84. | | 3/6/25 | G | Lab Item 87 |
| 85. | | 3/6/25 | G | Lab Item 89 |
| 86. | | 3/6/25 | G | Lab Item 91 |
| 87. | | 3/6/25 | G | Lab Item 77 |
| 88. | | 3/6/25 | G | Lab Item 1 |
| 89. | | | G | Excerpt from GRPD Incident Report |
| 90. | | | | Nanny-Cam Screenshots |
| 91. | | | | |
| 92. | | | | |
| 93. | | | | |
| 94. | | | | |
| 95. | | | | |
| 96. | | | | |
| 97. | | | | |
| 98. | | | | |
| 99. | | | | |
| 100. | | | | |