FILED ✓ _____ LODGED
_____ RECEIVED _____ COPY

MAR 1 2 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

1
2
3
4
5
6

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

7
8

| United States of America, | No. CV-22-00751-01-PHX-JJT |
|---|---|
| Plaintiff(s), | |
| v. | **JUROR QUESTIONS** |
| Clifton Nez Hamalowa, | **DURING TRIAL** |
| Defendant(s). | |

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## JURY QUESTION

Date: _____3-4-25_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

QUESTION:

When you picked up Cookie, when she called gare,
how far did you drive.

_____I_____
JUROR NUMBER

RESPONSE:

ASKED AS DRAFTED

_____3/4/25_____
JUDGE'S SIGNATURE/DATE

# JURY QUESTION

Date: 3/4/25

******************************

QUESTION:

Yes or no —

Did Kawi mention or tell You why Richard was shot?

#6
JUROR NUMBER

RESPONSE:

As modified

JUDGE'S SIGNATURE/DATE    3/4/25

# JURY QUESTION

Date: _____3/4_____

*****************************

QUESTION:

Did Kenrie say why she
had a picture of Richards
Car?

_____5_____
JUROR NUMBER

RESPONSE:

A5403

_____
JUDGE'S SIGNATURE/DATE    3/4/25

# JURY QUESTION

Date: _____3-4-25_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

QUESTION:

How long after the interview @ Cheryls house did you arrive to with @ D.C.P. to plu Desiree

_____/_____
JUROR NUMBER

RESPONSE:

ASKED

_____
JUDGE'S SIGNATURE/DATE    3/4/25

## JURY QUESTION

Date: _03/04/2025_____

*******************************

QUESTION:

When you were talking to Kawi in Person did you feel like She was Making a story up?

_____#6_____
JUROR NUMBER

RESPONSE:

Not asked

_____
JUDGE'S SIGNATURE/DATE    3/4/25

JURY QUESTION

Date: 3/5/25

*****************************

QUESTION:

Any specific reason finger prints were not taken in the search? ~~Specially it was~~ ~~a murder case?~~

#6
JUROR NUMBER

RESPONSE:

AS modified

JUDGE'S SIGNATURE/DATE    3/5/25

JURY QUESTION

Date: _____ Juror #3 | 3/5/25 _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

QUESTION:

~~XXXX~~ • who did room J belong to?

of known, who is the owner of the cat?

~~XXXXXXXXXXXXXXXXXXXXXXXX~~

• was room L locked? why did the detective need to break the door?

• who did the hp laptop belong to? evidence 8 looked like it had the word "olds"

• What were the results of the DNA swab from the toddler bed?

_____ #3 _____
JUROR NUMBER

RESPONSE:

ONLY TAU
QUESTION

_____ 3/5/25 _____
JUDGE'S SIGNATURE/DATE

## JURY QUESTION

Date: _____3-5-25_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

QUESTION:

In the pictures of the bedrooms: who's room is whom's? Rooms - J, K, L.

Room E = master but who's room

Room J =

Room - K -

Room L - Richards  _____

JUROR NUMBER

RESPONSE:

Q: - I'd like to know who slept where.

- Why didn't you take finger prints of weapon ~~in a hous~~ when someone is shot.

NOT ASKED

_____
JUDGE'S SIGNATURE/DATE  3/5/25

JURY QUESTION

Date:    03/05/25 _____

*******************************

QUESTION:

Did the officer tell her why they
damaged the door on entry?
If it was locked were any of the other
bedroom doors locked - to her knowledge?

_____15_____
JUROR NUMBER

RESPONSE:

1st Q duplicated + not repeated here
2nd Q A51/62

_____ 3/5/20
JUDGE'S SIGNATURE/DATE

## JURY QUESTION

Date: _____3/5/25_____

*****************************

QUESTION:

ROOM L was LocKed  and had to be Broken into
+ of gin access?

_____10_____
JUROR NUMBER

RESPONSE:

not issued

_____ 3/5/25
JUDGE'S SIGNATURE/DATE

## JURY QUESTION

Date: _____3/5/25_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

QUESTION:

Was any finger prints recovered from Room 6? Either on the wall or blinds?

_____#6_____
JUROR NUMBER

RESPONSE:

ASKED

_____
JUDGE'S SIGNATURE/DATE    3/5/25

JURY QUESTION

Date: _____3/5/2025_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

QUESTION:  (1) DID THE DEFENDANT OR ANYONE ELSE ~~PERSONALLY~~ THREATEN YOU IF YOU CALLED AUTHORITIES

(2) CAN YOU ADVISE IF YOU WERE TOLD YOU CAN LEAVE BUT DESIREE COULD NOT GO WITH YOU?

_____# 4_____
JUROR NUMBER

RESPONSE:

Q1 only

_____[signature] 3/5/25_____
JUDGE'S SIGNATURE/DATE

JURY QUESTION

Date: _____3-5-25_____

*******************************

① QUESTION: Did they arguinent between
Clifton and Cameron/new girl begin in the ~~bath~~ master bathroom
when Clifton come out of the shower or ~~any~~ in the living room.

② When did Clifton say he pulled the trigger? As you just stated.

_____one_____
JUROR NUMBER

RESPONSE:

Q 2 only

JURY QUESTION

Date: _3/5/25_____

*******************************

QUESTION:

Did you video record or voice record any of
the planning they had going on?

_____
#6
JUROR NUMBER

RESPONSE:

Ok

_____
JUDGE'S SIGNATURE/DATE

JURY QUESTION

Date: _____3/5/25_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

QUESTION:

Did you take any pictures or videos prior to start cleaning the room where the incident took place?

_____#6_____
JUROR NUMBER

RESPONSE:

OK

_____
JUDGE'S SIGNATURE/DATE    3/5/20

## JURY QUESTION

Date: _3/5/25_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

QUESTION:

What made you decide to finally leave the house and go to your grandmother and call the police?

_____#6_____
JUROR NUMBER

RESPONSE:

OK

_____
JUDGE'S SIGNATURE/DATE

JURY QUESTION

Date: _____3/5/25_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

QUESTION:

Did anyone else other than Clifton told you that he pulled the trigger on Richard?

_____#6_____
JUROR NUMBER

RESPONSE:

OK

_____ 3/5/25
JUDGE'S SIGNATURE/DATE

# JURY QUESTION

Date: _____3/5/25_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

QUESTION:

Did you save any evidence? AND IF so, DID you ~~and then~~ SUBSEQuenly destroy it?

_____#6_____
JUROR NUMBER

RESPONSE:

_____ 3/5/25
JUDGE'S SIGNATURE/DATE

## JURY QUESTION

Date: _3/5/25_

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

QUESTION:

~~[scribbled out text]~~

Do you think the drugs you were using after the incident had an effect on how you were observing what's going on around you?

_____#6_____
JUROR NUMBER

RESPONSE:

OK

_____3/5/25_____
JUDGE'S SIGNATURE/DATE

## JURY QUESTION

Date:    3 - 5 - 2025

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

QUESTION:

At or around the date of August 28, 2020 did the witness have a reliable and consistent form of income? Was she financially dependent on her family members at the time? If so, which ones? And to what extent?

_____
4
JUROR NUMBER

RESPONSE:

_____
JUDGE'S SIGNATURE/DATE
3/5/25

## JURY QUESTION

Date: _3/5/25_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

QUESTION:

How far do you think was the gun away from the victim when the shots was fired

_____#6_____
JUROR NUMBER

RESPONSE:

ASKED

_____
JUDGE'S SIGNATURE/DATE

# JURY QUESTION

Date: _3/6/2025_

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

QUESTION:

○ What is the % of accuracy for DNA tests,
considering the source being something that
is not fresh (such as dried blood)? Is it highly
accurate? What is the % of error?

• Should the evidence need to be transferred to multiple units,
what processes are put in place to ensure that
the evidence is not tampered and/or preserved _____
as much as possible?

#3
JUROR NUMBER

RESPONSE:

ASKED

_____
JUDGE'S SIGNATURE/DATE

# JURY QUESTION

Date: _____3-6-25_____

****************************

QUESTION:

① If you are, How is the samples moved from local location
know, to FBI in V.A.?

② Is the extraction fridge locked up or in the evidence locker?

_____one_____
JUROR NUMBER

RESPONSE:

As modified

_____ 3/6/25
JUDGE'S SIGNATURE/DATE

JURY QUESTION

Date: _____3-6-25_____

******************************

QUESTION:

If you know, Please explain why 2 of 3 lab items had stains and the others did not.

_____
JUROR NUMBER

RESPONSE:

As Modified

_____ 3/6/25
JUDGE'S SIGNATURE/DATE

## JURY QUESTION

Date: _____3 / 6 / 2025_____

*****************************

QUESTION: *IF You know* WHAT DOES THE YELLOW STAINING INDICATE #DURING TESTING

_____14_____
JUROR NUMBER

RESPONSE:

AS modified

_____ 3/6/25
JUDGE'S SIGNATURE/DATE

# JURY QUESTION

Date: _____3-6-25_____

******************************

QUESTION:

Was 77.1 and 77.4 tested for anything
or did you only collect?

_____one_____
JUROR NUMBER

RESPONSE:

AS WRITTEN

_____
JUDGE'S SIGNATURE/DATE    3/6/25

## JURY QUESTION

Date: _3/6/25_____

******************************

QUESTION:

There was other Staining on the towel
any reason *a sample* ~~it~~ wasn't collected?

_#6_____
JUROR NUMBER

RESPONSE:

AS WRITTEN

_____ 3/6/25
JUDGE'S SIGNATURE/DATE

## JURY QUESTION

Date: __3/6/25_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

QUESTION:

How Many years of experience you had
at the time when you were testing and
looking for stains?

__#6_____
JUROR NUMBER

RESPONSE:

OK

_____
JUDGE'S SIGNATURE/DATE    3/6/25

## JURY QUESTION

Date: 3/6/25 _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

QUESTION:

The Samples you collect for testing, do you choose the areas and stains or are you directed by Someone else to only test the areas they ask you to?

_____
#6
JUROR NUMBER

RESPONSE:

OK

_____
3/6/25
JUDGE'S SIGNATURE/DATE

JURY QUESTION

Date: _____3/6/25_____

*****************************

QUESTION:

Lab 91  Since area 1 on the window blind is quite large,
        what [specific] part(s) of area 1 did you swab?
        Could this be circled on your screen w/ the exhibit present?

Lab 89 #2, similar question as the first

_____#3_____
JUROR NUMBER

RESPONSE:

OK

_____
JUDGE'S SIGNATURE/DATE    3/6/25

## JURY QUESTION

Date: _____3/6_____

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

QUESTION:

Why would it happen that
1 biologist would perform
the serology and then a
second biologist perform collection?
Why wouldn't the 1st Biologist
complete both?

_____5_____
JUROR NUMBER

RESPONSE:

Not asked

_____
JUDGE'S SIGNATURE/DATE    3/6/2r

# JURY QUESTION

Date: _____3-6-25_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

QUESTION:

① Pls explain how the packaging are able to be opened and the resealed ~~seal~~ repeatedly.

① Spot test on item 87 & 89, ~~why what~~ what does it mean if it ~~negitive~~.

② Why are you allowed to choose where you're test and other coworkers are not?

_____
JUROR NUMBER

RESPONSE:

AS  DRAFTED

_____
JUDGE'S SIGNATURE/DATE

JURY QUESTION

Date:    _____3/6/25_____

*****************************

QUESTION:

① do all forensic biologists have the
ability to do a spot test on their
own violition

② Why did he feel the need to do a spot test?

#3

_____
JUROR NUMBER

RESPONSE:

OK

_____
JUDGE'S SIGNATURE/DATE

## JURY QUESTION

Date:  3-6-2025

*******************************

QUESTION:

In the context of population statistics, why does the statistical Law of Large Numbers only lead to "fine-tuning" after the sample size of a population rises above "100-200" individuals?

4
_____
JUROR NUMBER

RESPONSE:

OK

_____
JUDGE'S SIGNATURE/DATE

# JURY QUESTION

Date:    3-6-2025
_____

*******************************

QUESTION:

Upon DNA comparison regarding the bedframe and the towel, what is the likelihood that the samples could have been from a child of Richard, considering the possibility of the child being female and not male? Additionally, how many times are these DNA comparison tests replicated, if any?

4
_____
JUROR NUMBER

RESPONSE:

0R

_____
JUDGE'S SIGNATURE/DATE    3/6/20

JURY QUESTION

Date: _____3/6/25_____

*******************************

QUESTION:

Can you confidently confirm that Clifton Was the last person who touched the gun?

_____#6_____
JUROR NUMBER

RESPONSE:

OK

_____
JUDGE'S SIGNATURE/DATE
3/6/25

# JURY QUESTION

Date: 3/6/25

******************************

QUESTION:

~~What is considered a strong number of~~
What range of values is considered a strong indication of
a DNA contributor? ~~for Clifton, it was 79,000 times~~
on the textured areas of the pastol
~~belt~~ and for Richards, values were up to billions and septillion
if 79,000 is considered "strong"! then what is the range?
and at what value is it moderate and ~~lower~~

_____
#3
JUROR NUMBER

RESPONSE:

OK

_____
JUDGE'S SIGNATURE/DATE

JURY QUESTION

Date: 3/6/25

*****************************

QUESTION:

hand

Which area of the gun was cliftons (hand)
texture was found on?

#6
JUROR NUMBER

RESPONSE:

NOT ASKED

JUDGE'S SIGNATURE/DATE   3/6/22

## JURY QUESTION

Date:  3/6/25

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

QUESTION:

In order to determine if a piece of evidence has a positive phenothieylene test, does the biologist have to take a swab of the piece of evidence?
Previously a biologist had testified that they did not swab a piece of evidence but found a positive result with a phenotheylene test. Is this possible?

_____
#3
JUROR NUMBER

RESPONSE:

#1 only

_____
JUDGE'S SIGNATURE/DATE    3/6/25

## JURY QUESTION

Date: _____3/6/25_____

*******************************

QUESTION:

To determine the liklihood of the DNA contributor to ~~a pis~~ the textured parts of the pistol, which native american population statistic did you use? As I recall, there was Navago, AN native american, and one other.

_____#3_____
JUROR NUMBER

RESPONSE:

No

_____3/6/25
JUDGE'S SIGNATURE/DATE

## JURY QUESTION

Date: _____3-6-25_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

QUESTION:

Did you exclude Erick on the lab items
23, 24, 77, 87, 84 And did you obtain a swab, DNA on him.

Why are we not mentioning him.

DID you have a Known sample from
Jon ERIC ClOnson

_____One_____
JUROR NUMBER

RESPONSE:

_____3/6/25_____
JUDGE'S SIGNATURE/DATE

# JURY QUESTION

Date: _3/6/2025_____

********************************

QUESTION: during liebow Is it possible for someone to transfer
another's DNA to an item without transferring their
own?

_____9_____
JUROR NUMBER

RESPONSE:

OK

_____ 3/6/25
JUDGE'S SIGNATURE/DATE

## JURY QUESTION

Date: _____3/6/25_____

****************************

QUESTION:

Knowing that there is a higher chance of contamination to the evidence once it leaves the DNA unit, why was the ~~latex~~ fingerprinting of the pistol not collected at the DNA unit?

_____ #3_____
JUROR NUMBER

RESPONSE:

No

_____ 3/6/25_____
JUDGE'S SIGNATURE/DATE

## JURY QUESTION

Date: 3-7-2025 _____

*******************************

QUESTION:

During the testing for finding latent prints, can it be possible for the super-glue fuming or the orange chemical spray to adhere to oils not originating from human skin, such as the oils sometimes used to clean firearms after they are used?

4
_____
JUROR NUMBER

RESPONSE:

OK AS DRAFTED

_____
JUDGE'S SIGNATURE/DATE   3/7/25

# JURY QUESTION

Date: _____3/7/25_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

QUESTION:

once you have identified the print on an evidence,
Is there any technology or machinery other than your professional
visual comparison to determine if there is a usable print ~~or a~~ and/or
a match?

_____3_____
JUROR NUMBER

RESPONSE:

NOT ASKED

_____
JUDGE'S SIGNATURE/DATE   3/7/25

# JURY QUESTION

Date: _____3-7-25_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

QUESTION:

① Why are the finger print brushes not cleaned or thrown away after every crime scene in order to preserve cross contamination.

_____one_____
JUROR NUMBER

RESPONSE:

Not Asked

_____3/7/25_____
JUDGE'S SIGNATURE/DATE

JURY QUESTION

Date: _____3/7_____

*****************************

QUESTION:    types of

IF you knd   How many 22 caliber glock
           44's are there

_____
5
JUROR NUMBER

RESPONSE:

A SIKD
AS MODIFIED

_____ 3/7/25
JUDGE'S SIGNATURE/DATE

JURY QUESTION

Date:     3/7/2025

*******************************

QUESTION:

With a gun like this quality, how hard
would it be to shoot 4 bullets in the same
direction? ~~scribbled out~~

~~scribbled out~~

JUROR NUMBER    #6

RESPONSE:

Not Anen

JUDGE'S SIGNATURE/DATE    3/7/25

## JURY QUESTION

Date: ___3/7/25_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

QUESTION:

About how much body weight does it take to shoot 4 bullets in the same direction with Glock 22 ~~~~

#6
_____
JUROR NUMBER

RESPONSE:

NOT ASKED

_____ 3/7/25
JUDGE'S SIGNATURE/DATE

# JURY QUESTION

Date: _____03/07/25_____

**********************************

QUESTION:

1. Do you check to see if the weapon is registered?
If yes, was it registered?

_____15_____
JUROR NUMBER

RESPONSE:

NOT ASKED

_____3/7/25_____
JUDGE'S SIGNATURE/DATE

# JURY QUESTION

Date: _03/10/2025_

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

QUESTION:

Tammi said that she took the gun and gave it to Koowee. Where did she take the gun from? Why did she give it to Koowee?

_15_
JUROR NUMBER

RESPONSE:

OK - AS WRITTEN

3/10/25
JUDGE'S SIGNATURE/DATE

JURY QUESTION

Date: _____03/10/2025_____

*****************************

If you answer this
Yor No,

QUESTION:

To your knowledge did Devonne get involved
in the discussion the Clifton and Richard
had the night before the shooting?

How would you describe the relationship between
Devonne and Richard?

_____15_____
JUROR NUMBER

RESPONSE:

ASKED
AS AMENDED

_____  3/10/2+
JUDGE'S SIGNATURE/DATE

# JURY QUESTION

Date: _____3-10-25_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

QUESTION:

Did Koouee remove Erick from the house when Deven asked her to? When did Erick come back to the house and was he in and out of the house as you were.

_____One_____
JUROR NUMBER

RESPONSE:

OK - ASKED AJ DRAFTED

_____3/10/25_____
JUDGE'S SIGNATURE/DATE

## JURY QUESTION

Date: _____3/10/25_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

QUESTION:

(Ok) On the day that you and Devonne and Koowee went to pick up Clifton, Who was driving? And whose car is being used to pick up Clifton?

(No) Do you know if Clifton or Thomas or Devonne was consuming meth, alcohol, and marijuana? And if so, to what extent did they use it? Was it as heavy of a user?

_____#3_____
JUROR NUMBER

RESPONSE:

#1 ASKED AS DIRECTED
#2 NOT ASKED

_____
JUDGE'S SIGNATURE/DATE
3/10/25

# JURY QUESTION

Date: 3-~~9~~-2025 (10)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

QUESTION:

Did Clifton do or say anything to indicate that you could potentially be harmed or killed if you did not enter into a physical relationship with him?

_____4_____
JUROR NUMBER

RESPONSE:

Not asked

_____ 3/10/25
JUDGE'S SIGNATURE/DATE

## JURY QUESTION

Date: _3/10/25_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

QUESTION:

Was Clifton using alcohol or drugs the night of the murder?

_____#6_____
JUROR NUMBER

RESPONSE:

GK  -ASKED AS DRAFTED

_____ 3/10/ar
JUDGE'S SIGNATURE/DATE

# JURY QUESTION

Date: _____3/10/25_____

****************************

QUESTION:

When you came from the master bedroom after you heard the gun shots did you see anyone holding a gun?

_____#6_____
JUROR NUMBER

RESPONSE:

OK — ASKED AS DRAFTED

_____
JUDGE'S SIGNATURE/DATE    3/10/25

JURY QUESTION

Date: _____3/10/25_____

****************************

QUESTION:

Did you see who moves Richard's body?

_____#6_____
JUROR NUMBER

RESPONSE:

GK - ASKED AS DRAFTD

_____[Judge's signature] 3/10/25_____
JUDGE'S SIGNATURE/DATE

JURY QUESTION

Date: _____3/10/25_____

*****************************

QUESTION:

Have you seen Koowi use Meth prior to the day of Richard's indicent?

_____#6_____
JUROR NUMBER

RESPONSE:

GK  -AS DRAFT()

_____3/10/20_____
JUDGE'S SIGNATURE/DATE

## JURY QUESTION

Date: ___3/10/25_____

*******************************

QUESTION:

What was the conversation when Clifton made a gun with his hand? How did you understand it was about Richard?

_____#6_____
JUROR NUMBER

RESPONSE:

NOT ASKED

_____
JUDGE'S SIGNATURE/DATE

## JURY QUESTION

Date: _3/10/25_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

QUESTION:

Did you video record or voice records anything that was going on after the incident?

_____
#6
JUROR NUMBER

RESPONSE:

OK - AS DRAFTED

_____
JUDGE'S SIGNATURE/DATE    3/10/25

# JURY QUESTION

Date: 3/10/25

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

QUESTION:

Did You find out after the ~~incident~~
incident
Who Shot Richard ? ~~~~

#6

JUROR NUMBER

RESPONSE:

NOT ASKED

JUDGE'S SIGNATURE/DATE    3/10/20

# JURY QUESTION

Date: _____3-10-25_____

*******************************

QUESTION:

① After the gun shots, did Kaowee come to get you out of the house? / Or did you first go leave your room is when you got food.

② You stated that you were told not to get involded with people on the reservation, however you lived there, can you speak to why that is.

_____me_____
JUROR NUMBER

RESPONSE:

1 AS MODIFIED (split in two)

2 - NOT ASKED

_____3/10/25_____
JUDGE'S SIGNATURE/DATE

# JURY QUESTION

Date: _3-10-2025_____

*******************************

QUESTION:

When you saw Koowee put the gun in your bathroom cabinet, was it covered in anything?

_____
4
JUROR NUMBER

RESPONSE:

A JKLD   A S   DRAFCB

_____
JUDGE'S SIGNATURE/DATE
3/10/25

JURY QUESTION

Date: _____3/10/2025_____

*****************************

QUESTION:

Did you know that Devonne had used your car on sept 3rd to pick up Clifton from scottsdale?

_____
#3
JUROR NUMBER

RESPONSE:

ASKED AS DRAFTED

_____
JUDGE'S SIGNATURE/DATE

## JURY QUESTION

Date: _3/10/25_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

QUESTION:

Where you afraid of Richard?
Did he seem to be a threat to anyone?

Richard

_15_____
JUROR NUMBER

RESPONSE:

As DRAFTED

_____ 3/10/25
JUDGE'S SIGNATURE/DATE

## JURY QUESTION

Date: _____3-10-25_____

******************************

QUESTION:

Can you speak to the discoloration on the car.

_____
JUROR NUMBER

*one*

RESPONSE:

NOT ASKED

_____
JUDGE'S SIGNATURE/DATE

# JURY QUESTION

Date: _03/11/2025_____

******************************

QUESTION:

OK  On Sept.4, do you know how long the cell was in area 2?

OK  If you are in a traveling car in a city that has many cell towers, in your opinion, how long (mins) would some one's cell be in a cell tower coverage area?

_____15_____
JUROR NUMBER

RESPONSE:

ASKED AS DRAFTED

_____ 3/11/25
JUDGE'S SIGNATURE/DATE

JURY QUESTION

Date: _____3/11/25_____

*****************************

QUESTION:

Do you have information on who these outgoing/ingoing calls were placed to?

GK

_____10_____
JUROR NUMBER

RESPONSE:

ASKED AS DRAFTED

_____3/11/25_____
JUDGE'S SIGNATURE/DATE

JURY QUESTION

Date: _____3/11/25_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

QUESTION:

Did you obtain streets survalliance on the Day of the murder?

_____#6_____
JUROR NUMBER

RESPONSE:

OK

_____3/11/25_____
JUDGE'S SIGNATURE/DATE

## JURY QUESTION

Date: _____3/11_____

*******************************

QUESTION:

Do you know who initially reported/
located the remains of mr. Olds?

_____5_____
JUROR NUMBER

RESPONSE:

not Asked

_____3/11/25_____
JUDGE'S SIGNATURE/DATE

# JURY QUESTION

Date: _____3-11-25_____

******************************

QUESTION:

Regarding the text messages from Tami
to Clifton, you stated there was no response.
Is it possible Clifton called instead of text.
And would Dect. Swartz have this information.

_____One_____
JUROR NUMBER

RESPONSE:

not allowed

_____JJT  3/11/25_____
JUDGE'S SIGNATURE/DATE

## JURY QUESTION

Date: 3/11/25

*******************************

QUESTION:

Did you obtain records ~~Fran~~ of Calls/Messages from Messenger/Whatsapp etc ~ of the defendant and others in the investigation?

#6

JUROR NUMBER

RESPONSE:

Not issue

JUDGE'S SIGNATURE/DATE   3/11/25

JURY QUESTION

Date: 3-11-2025 _____

*****************************

QUESTION:

Would performing a confrontation call require a warrant from a judge?

Same question for obtaining traffic footage.

4
_____
JUROR NUMBER

RESPONSE:

AJKED AS DRAFTED

_____  3/11/25
JUDGE'S SIGNATURE/DATE